

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00163-CR

_____

TZENDAL ARAGON-CANALES, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court No. CR23-0394

Before Sudderth, C.J.; Kerr and Walker, JJ.
Memorandum Opinion by Justice Walker

**MEMORANDUM OPINION**

Tzendal Aragon-Canales, proceeding pro se, attempts to appeal from the trial court's judgment of conviction that was signed after Aragon-Canales entered into a plea bargain and pleaded guilty to the felony offense of aggravated assault with a deadly weapon. Based on that plea bargain, on August 14, 2023, the trial court imposed upon Aragon-Canales a sentence of eight years' confinement.[1] As no motion for new trial was filed, Aragon-Canales's notice of appeal was due by September 13, 2023, but he did not file it until May 13, 2024. *See* Tex. R. App. P. 26.2(a)(1) (requiring in criminal cases where no motion for new trial is filed that notice of appeal is due within 30 days after sentence imposed).

Because Aragon-Canales's notice of appeal was untimely, we notified him of our concern that we lack jurisdiction over this appeal. We warned him that we would dismiss this appeal for want of jurisdiction unless, within ten days, he or any party desiring to continue the appeal filed with this court a response showing grounds for its continuance. We received no response.

A timely-filed notice of appeal is a jurisdictional prerequisite to perfecting an appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012). If a notice of appeal is untimely, an appellate court must dismiss the appeal for lack of jurisdiction. *Castillo*, 369 S.W.3d

---

[1]The trial court's certification of defendant's right to appeal indicates that this was a plea-bargain case and that Aragon-Canales waived the right of appeal.

at 198.  We thus dismiss this appeal for want of jurisdiction.  *See Olivo*, 918 S.W.2d at 523; *see also* Tex. R. App. P. 43.2(f).

/s/ Brian Walker

Brian Walker
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  June 20, 2024